The People of the State of Illinois, defendant in error, v. Victor J. Cerwinski, plaintiff in error. Gen. No. 32,922.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

T. Fred Laramie, for plaintiff in error. John A. Swanson, state's attorney, for defendant in error; Edward E. Wilson, assistant state's attorney, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

C. J. Gorman, defendant in error, v. T. J. Casey, plaintiff in error. Gen. No. 32,974.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929. Rehearing denied February 25, 1929.

Rose & Symmes and Philip J. O'Mahony, for plaintiff in error. Tyrrell, Higgins & Gladstone, for defendant in error; Maxfield Weisbrod and James H. Cronin, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Catherine G. Welter, appellee, v. Ruby H. Schell, appellant. Gen. No. 32,985.

Heard in the first division of this court for the first district at the December term, 1928. Opinion filed February 11, 1929.

Amos W. Marston and Sheridan E. Fry, for appellant. Earl J. Walker, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Vincent Sentowski, appellee, v. The Checker Taxi Company, appellant. Gen. No. 33,005.

Heard in the first division of this court for the first district at the October term, 1928. Opinion filed February 11, 1929.

Cook & Albert, for appellant; Clyde C. Fisher, of counsel. Ernest C. Reniff and Gilbert Nelson, for appellee.

Mr. Justice McSurely delivered the opinion of the court.